LYONS *v.* WAYCROSS AIR-LINE RAILROAD COMPANY.

SIMMONS, C. J.   Under the evidence disclosed by the record, the injury sustained by the plaintiff was clearly the result of an accident, and it was not error to grant a nonsuit.

*Judgment affirmed.    All the Justices concurring.*

Submitted January 11,—Decided February 6, 1902.

Action for damages.   Before Judge Williams.   City court of Waycross.    June 13, 1901.

*Leon A. Wilson* and *Spence & Branham,* for plaintiff.
*J. L. Sweat,* for defendant.